## In re CONCENTRATED PRODUCTS CORPORATION.

### HARTRIDGE et al. v. JOHN MUNROE & CO. et al.

### No. 4116.

Circuit Court of Appeals, Third Circuit.
Feb. 12, 1930.

748

Harvey T. Mann and Julian Hartridge, both of New York City, for appellants.

Hamilton Hicks, of New York City, for appellees.

Before WOOLLEY and DAVIS, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM.

Affirmed on the opinion of Judge Runyon.